| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | Telephone | FOR COURT USE ONLY |
|---|---|---|
| Fagenson & Puglisi<br>450 7th Ave Ste 3302<br>New York, NY 10123<br>E-MAIL<br>ATTORNEY FOR: (Name) | (212) 268-2128<br>FAX<br>(212) 268-2127 | |

San Diego County Superior Court - San Diego - Hall of Justice
STREET ADDRESS: 330 W Broadway
MAILING ADDRESS:
CITY AND ZIP CODE: San Diego, CA 92101
BRANCH NAME: San Diego - Hall of Justice
PLAINTIFF: Derrell Smith
DEFENDANT: Midland Credit Management Inc

**PROOF OF SERVICE**

FILE NUMBER: 2008142495
COURT CASE NUMBER: 08CIV4700

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the:
   f. other (specify documents):
      Complaint, Summons, Individual Practices of Hon. Richard M Berman

3. a. Party served:   Midland Credit Management Inc | By serving Lindsey Roland, Assistant to General Counsel/authorized.
   b. Person served:  party in item 3a

4. Address where party was served:   8875 Aero Dr Ste 200
                                      San Diego, CA 92123-2255

5. I served the party
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of the process for the party (1)on: 5/30/2008 (2)at: 2:48 PM.

7. Person who served papers:
   a. Name:   G Goubil 2139
   b. Address: San Diego County Sheriff Sheriff's Civil Office PO Box 85306 San Diego, CA 92186-5306
   c. Telephone number:  (619) 544-6401
   d. The fee for service was: $40.00

9. I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: June 2, 2008

Sheriff's Authorized Agent
William B. Kolender, Sheriff

Hearing: <No Information>

Judicial Council form POS-010          Original          222107



# San Diego County
## SHERIFF'S DEPARTMENT

### Jurat Attachment

**08-142495**

State of **California**
County of **San Diego**

Subscribed and sworn to (or affirmed) before me on this **4** day of **June**, 20**08** by **G Goubil**_____, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_Wendy Lee_
Signature

WENDY LEE
COMM. #1659005
NOTARY PUBLIC-CALIFORNIA
SAN DIEGO COUNTY
My Commission Expires
APRIL 18, 2010

(Notary Seal)