UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

DERRELL SMITH,

                Plaintiff,

- against -

MIDLAND CREDIT MANAGEMENT, INC.,

                Defendant.
---------------------------------------------------------X

Civil Action No.: 08-CV-4700 (RMB)(DF)

**STIPULATION EXTENDING TIME TO ANSWER**

    IT IS HEREBY STIPULATED that the time for Defendant, MIDLAND CREDIT MANAGEMENT, INC., to answer, appear, or otherwise move with respect to the Plaintiff's Complaint in this action is hereby extended until July 2, 2008. A facsimile copy of this Stipulation may be accepted as an original.

Dated: White Plains, New York
         June 17, 2008

PINO & ASSOCIATES, LLP

By_____
Thomas E. Healy (TH 4340)
Attorneys for Defendant
MIDLAND CREDIT
MANAGEMENT, INC.
Westchester Financial Center
50 Main Street, 16th Floor
White Plains, New York 10606
Telephone No.: (914) 946-0600
Facsimile No.: (914) 946-0650
Email Address: thealy@pinolaw.com

FAGENSON & PUGLISI

By_____
Novlette R. Kidd (NK 2552)
Attorneys for Plaintiff
DERRELL SMITH
450 Seventh Avenue
Suite 3302
New York, New York 10123
Telephone No.: (212) 268-2128
Email: novlettek@yahoo.com

SO ORDERED:

RMB
_____
Hon. Richard M. Berman
6/23/08

238469.1