UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

DERRELL SMITH
          Plaintiff(s),

-v-

MIDLAND CREDIT MANAGEMENT, INC.
          Defendant(s).
------------------------------------------------------------X

**Case Management Plan**

__08__ CV. __4700__ (RMB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/26/08

      The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)   Joinder of additional parties by __11/3/08__

(ii)  Amend the pleadings by __11/3/08__

(iii) All discovery to be **expeditiously** completed by ~~~~ 10/27/08 Fact + Expert

(iv) Consent to Proceed before Magistrate Judge __No__

(v) Status of settlement discussions __Discussions have started. Demand requested and will be made within 1 day.__ 11/3/08 with principals @ 9:00 A.M.

**Sections vi through xi will be set at conference with the Court.**

(vi) Motions _____

(vii) Oral Argument _____

(viii) Joint Pre-Trial Order to be submitted by _____

(ix) Final Pre-Trial Conference _____

(x) Trial _____

(xi) Other Parties to work on settlement before 11/3/08 settlement conference

SO ORDERED: New York, New York
6/26/08

RMB
Hon. Richard M. Berman, U.S.D.J.